AO 243 (Rev. 01/15)                                                                                           Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT
## SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District Northern District of Ohio | |
|---|---|---|
| Name *(under which you were convicted)*:<br>John H. C. Black | | Docket or Case No.:<br>1-14-cr-00413-1 |
| Place of Confinement:<br>F. C. I. Morgantown | Prisoner No.: COA # 15-3331<br>60628-060 | |
| UNITED STATES OF AMERICA | V. | Movant *(include name under which convicted)*<br>John H. C. Black |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

    United States District Court for the Northern District of Ohio.  Cleveland, Ohio

    (b) Criminal docket or case number (if you know): 1-14-cr-00413-1

2. (a) Date of the judgment of conviction (if you know): March 13, 2015
    (b) Date of sentencing: March 13, 2015

3. Length of sentence: 46 months

4. Nature of crime (all counts):        18 U.S.C. § 1343  1 Count - Wire Fraud

5. (a) What was your plea?  (Check one)
    (1) Not guilty ☐            (2) Guilty ☒            (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have?  (Check one)        Jury ☐        Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐        No ☒

8. Did you appeal from the judgment of conviction?        Yes ☒        No ☐

AO 243 (Rev. 01/15)

# Motion to Vacate, Set Aside, or Correct a Sentence
## By a Person in Federal Custody

### (Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and _____ copies to the Clerk of the United States District Court at this address:

   Clerk, United States District Court for
   Address
   City, State  Zip Code

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. **CAUTION: You must include in this motion all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

AO 243 (Rev. 01/15)

9.  If you did appeal, answer the following:

    (a) Name of court:  <u>United States Court of Appeals for the Sixth Circuit</u>

    (b) Docket or case number (if you know):  <u>15-3331</u>

    (c) Result:  <u>Dismissed due to appellate waiver in plea agreement</u>

    (d) Date of result (if you know):  <u>June 16, 2016</u>

    (e) Citation to the case (if you know):  _____

    (f) Grounds raised: 1) Whether a district court imposes a procedurally unreasonable sentence when the sentencing order reflects a miscalculation of the loss under U.S.S.G. §2B1.1(b)(1) by an amount exceeding $300,000, which in turn leads to the use of a higher guideline range (41-51 months) than would have been the case (33-41 months) had th correct loss figure been used. AND (2) Whether a district court wrongfully imposes a restitution order, requiring remand, when the amount on that order overstates the amount actually owed by more than $300,000.  <u>Argument:</u>I.Review of the sentence or restitution is not precluded; II.Lower court committed a procedural error by miscalculating the loss amount...; III.Lower court erred in its restitution calculation...

    (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes [x]  No [ ]

        If "Yes," answer the following:

        (1) Docket or case number (if you know):  <u>16-7114</u>

        (2) Result:  <u>The Petition for a Writ of Certiorari was denied</u>

        (3) Date of result (if you know):  <u>January 9, 2017</u>

        (4) Citation to the case (if you know):  _____

        (5) Grounds raised: Questions Presented for Review: I. Whether Fed.R.Crim.P.11 and the Due Process Clause of the 5th Amendment require a more stringent standard for waiver of rights in complicated criminal matters,such as complex white collar crime cases, where the record of the plea colloquy is unclear as to what the defendant actually waived or to what amount of restitution the defendant pled builty.  II. Wheter a district court violates the Due Process Clause of the Fifth Amendment when the restitution order it issues overstates the amount actually owed by more than $300,000, which in turn leads to the use of a higher guideline range than would have been the case had the correct loss figure been used.

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

    Yes [ ]  No [x]

11.  If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:  _____

        (2) Docket or case number (if you know):  _____

        (3) Date of filing (if you know):  _____

        (4) Nature of the proceeding:  _____

        (5) Grounds raised:  _____

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

(1)   Name of court: _____

(2)   Docket of case number (if you know): _____

(3)   Date of filing (if you know): _____

(4)   Nature of the proceeding: _____

(5)   Grounds raised:

(6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐        No ☐

(7)   Result: _____

(8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1)   First petition:        Yes ☐        No ☐

(2)   Second petition:     Yes ☐        No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                                        Page 5

**GROUND ONE:** The District Court did not develop a factual finding that would
support a judgment of guilt in accordance with Fed.R.Crim.P.11(b)(3).

    (a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

       See attached Memorandum in Support of 28 U.S.C. Section §2255

    (b) **Direct Appeal of Ground One:**

      (1) If you appealed from the judgment of conviction, did you raise this issue?

         Yes ☒     No ☐   Ground not heard due to appeal waiver in plea agreement.

      (2) If you did not raise this issue in your direct appeal, explain why:

    (c) **Post-Conviction Proceedings:**

      (1) Did you raise this issue in any post-conviction motion, petition, or application?

         Yes ☐     No ☒

      (2) If you answer to Question (c)(1) is "Yes," state:

      Type of motion or petition:

      Name and location of the court where the motion or petition was filed:

      Docket or case number (if you know):

      Date of the court's decision:

      Result (attach a copy of the court's opinion or order, if available):

      (3) Did you receive a hearing on your motion, petition, or application?

         Yes ☐     No ☐

      (4) Did you appeal from the denial of your motion, petition, or application?

         Yes ☐     No ☐

      (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

         Yes ☐     No ☐

AO 243 (Rev. 01/15)                                                                                      Page 6

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**  The District Court failed to make a loss calculation, let alone a net loss calculation in accordance with the U.S. Sentencing Guidelines.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See attached Memorandum In Support of 28 U.S.C. §2255

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒    No ☐    Ground not heard due to appeal waiver in plea agreement.

(2)  If you did not raise this issue in your direct appeal, explain why:

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

AO 243 (Rev. 01/15)                                                                                                      Page 7

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):


(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this

issue:


**GROUND THREE:**    Counsel was ineffective for failing to appropriately investigate the
facts of Petitioner's case as they applied to the factual basis of his charge.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See attached Memorandum in Support of 28 U.S.C. §2255

**(b) Direct Appeal of Ground Three:**

    (1)  If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐    No ☒

    (2)  If you did not raise this issue in your direct appeal, explain why:

        A direct appeal is not the appropriate venue to raise a claim of ineffective assistance of counsel.

**(c) Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐    No ☒

    (2)  If you answer to Question (c)(1) is "Yes," state:

    Type of motion or petition: _____

    Name and location of the court where the motion or petition was filed:

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

    _____

    (3)  Did you receive a hearing on your motion, petition, or application?

        Yes ☐    No ☐

    (4)  Did you appeal from the denial of your motion, petition, or application?

        Yes ☐    No ☐

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed:

    _____

    Docket or case number (if you know): _____

    Date of the court's decision: _____

    Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)                                                                                    Page 9

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
      issue:

**GROUND FOUR:**  Counsel was ineffective for failing to appropriately investigate the
facts of Petitioner's case as they applied to loss, actual loss and loss calculation
at sentencing.

(a)  Supporting facts (Do not argue or cite law.  Just state the specific facts that support your claim.):

See attached Memorandum in Support of 28 U.S.C. §2255

(b)  **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☒

(2)   If you did not raise this issue in your direct appeal, explain why:

A direct appeal is not the appropriate venue to raise a claim of ineffective
assistance of counsel.

(c)  **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☒

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3)   Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13.   Is there any ground in this motion that you have <u>not</u> previously presented in some federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

```
Yes, Grounds 3 and 4 - Ineffective assistance of counsel claims. Courts have
routinely ruled that 28 U.S.C. §2255 is the appropriate venue for ineffective
assistance claims.
```

14.   Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?        Yes ☐        No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)                                                                                          Page 11

15.    Give the name and address, if known, of each attorney who represented you in the following stages of the
       you are challenging:

       (a) At the preliminary hearing: 1.Elizabeth Kelley,2525 East 29th Ave, Spokane, WA 99223
       2.&3. Richard Lillie and Gretchen Holderman,75 Public Sq,Ste 1313, Cleveland,OH 44113

       (b) At the arraignment and plea:

       Same as 15(a) above

       (c) At the trial: Change of Plea Hearing
       Same as 15(a) above

       (d) At sentencing:
       Same as 15(a) above

       (e) On appeal: Dennis Terez, Fed.Public Defender,1660 W.2nd St, Skylight Office Tower,
                      Ste 750, Cleveland, Ohio 44113

       (f) In any post-conviction proceeding:

       Pro Se

       (g) On appeal from any ruling against you in a post-conviction proceeding:


16.    Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court
       and at the same time?          Yes ☐          No ☒

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are
       challenging?          Yes ☐          No ☒

       (a) If so, give name and location of court that imposed the other sentence you will serve in the future:


       (b) Give the date the other sentence was imposed:
       (c) Give the length of the other sentence:
       (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
       sentence to be served in the future?          Yes ☐          No ☐


18.    TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain
       why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of–

    (1)   the date on which the judgment of conviction became final;

    (2)   the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

    (3)   the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (4)   the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                                    Page 13

Therefore, movant asks that the Court grant the following relief:

    The Petitioner seeks the vacating of the conviction and sentence and a dismissal
    of the indictment with prejudice, as being fatally flawed. Should the Court wish
or any other relief to which movant may be entitled.
    an evidenditary hearing is requested if the record and filings do not conclusively
    put forth a finding as argued by the Petitioner.

_____
             Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § 2255 was placed in the prison mailing system on _____December 18, 2017_____
                                                                     (month, date, year)

Executed (signed) on _____December 18, 2017_____     (date)

_____
             Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.